FILED

2023 Aug-21 PM 07:25
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATE DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | |
|---|---|
| **JOHN MCCARLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )**Case No.: 4:21-cv-00570-LSC-HNJ** |
| | ) |
| **JEFFERSON DUNN, STEVE** | ) |
| **WATSON, ARNALDO MERCADO,** | ) |
| **EDWARD ELLINGTON, KARLA** | ) |
| **JONES, ERROL PICKENS,** | ) |
| **NEKITRIS ESTELLE, GARY** | ) |
| **MALONE, KEVIN WHITE, CARLA** | ) |
| **GRAHAM, LARRY R. BAKER,** | ) |
| **ANTOINE PRICE, AND DERRICK** | ) |
| **DENT,** | ) |
| | ) |
| **Defendants.** | ) |

**MOTION TO DISMISS PLAINTIFF'S SECOND
AMENDED COMPLAINT**

Defendants Karla Jones, Errol Pickens, Nekitris Estelle, Gary Malone, Kevin White, Carla Graham, Larry Baker, Antoine Price, and Derrick Dent move to dismiss Plaintiff John McCarley's Second Amended Complaint, (Doc. 91), pursuant to Federal Rule of Civil Procedure 12(b)(6). As grounds for the Motion, Defendants submit the following:

1. Plaintiff's failure-to-protect claims are due to be dismissed.

    A. Plaintiff fails to sufficiently plead the Facility Supervisor's failure to protect.

1

    B.      Plaintiff fails to sufficiently plead the Correctional Defendants' failure to protect.

    C.      The Facility Defendants are entitled to qualified immunity.

2.      Plaintiff's negligence claim is due to be dismissed.

    A.      This Court should not exercise supplemental jurisdiction.

    B.      The Facility Defendants are entitled to state-agent immunity.

    C.      Plaintiff fails to state a claim for negligence.

In addition to the above-stated grounds for this motion, Defendants adopt and incorporate herein all grounds for dismissal of the Second Amended Complaint asserted by other defendants.

Defendants are filing contemporaneously a Memorandum of Law in support of this Motion.

Respectfully submitted,

/s/ W. Allen Sheehan
W. ALLEN SHEEHAN (ASB-7274-L69S)
CAITLIN E. COBB (ASB-2959-B63E)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)

*Attorneys for Defendants Karla Jones, Errol Pickens, Nekitris Estelle, Gary Malone, Kevin White, Carla Graham, Larry Baker, Antoine Price and Derrick Dent*

CAPELL & HOWARD, P.C.
150 S. Perry Street (36104)
P.O. Box 2069
Montgomery, AL  36102-2069
Phone: (334) 241-8000
Fax: (334) 323-8888
Email:  allen.sheehan@chlaw.com
        rick.hill@chlaw.com
        jimmy.walter@chlaw.com
        caitlin.cobb@chlaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 21st day of August, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Alyse Nicole Windsor
Gaile Pugh Gratton
James Sturgeon Christie, Jr.
DENTONS SIROTE PC
2311 Highland Avenue South
PO Box 55727
Birmingham, AL  35255-5727
Alyse.Windor@dentons.com
ggratton@sirote.com
chris.christie@dentons.com

Julia C. Barrett
KING & SPAULDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX  78701
jbarrett@kslaw.com

Brandon R. Keel
Charles Spalding, Jr.
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
bkeel@kslaw.com
cspalding@kslaw.com

William R. Lunsford
MAYNARD COOPER & GALE PC
655 Gallatin St. SW
Huntsville, AL  35801
blunsford@maynardcooper.com

/s/ W. Allen Sheehan
Of Counsel

3