FILED

2023 Oct-13  AM 10:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATE DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| **JOHN MCCARLEY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | )**Case No.: 4:21-cv-00570-LSC-HNJ** |
| | ) |
| **JEFFERSON DUNN, STEVE** | ) |
| **WATSON,  ARNALDO MERCADO,** | ) |
| **EDWARD ELLINGTON, KARLA** | ) |
| **JONES, ERROL PICKENS,** | ) |
| **NEKITRIS ESTELLE, GARY** | ) |
| **MALONE, KEVIN WHITE, CARLA** | ) |
| **GRAHAM, LARRY R. BAKER,** | ) |
| **ANTOINE PRICE, AND DERRICK** | ) |
| **DENT,** | ) |
| | ) |
| **Defendants.** | ) |

## DEFENDANT GUTHERY'S MOTION TO DISMISS
## PLAINTIFF'S SECOND AMENDED COMPLAINT

Defendant Jeremy Guthery moves to dismiss Plaintiff John McCarley's

Second Amended Complaint, (Doc. 91), pursuant to Federal Rule of Civil Procedure

12(b)(6). As grounds for the Motion, Defendants submit the following:

1.   Plaintiff's failure-to-provide adequate medical care claim is due to be
     dismissed.

     A.   Plaintiff fails to sufficiently plead Defendant Guthery's failure to
          provide adequate medical care.

     B.   Defendant Guthery is entitled to qualified immunity.

2. Plaintiff's negligence claim is due to be dismissed.

    A. This Court should not exercise supplemental jurisdiction.

    B. Defendant Guthery is entitled to state-agent immunity.

    C. Plaintiff fails to state a claim for negligence.

In addition to the above-stated grounds for this motion, Defendant Guthery adopts and incorporates herein all grounds for dismissal of the Second Amended Complaint asserted by other defendants.

Defendant Guthery is filing contemporaneously a Memorandum of Law in support of this Motion.

Respectfully submitted,

/s/ W. Allen Sheehan
W. ALLEN SHEEHAN (ASB-7274-L69S)
CAITLIN E. COBB (ASB-2959-B63E)
C. RICHARD HILL, JR. (ASB-0773-L72C)
JAMES N. WALTER, JR. (ASB-2722-R68J)

*Attorneys for Defendants Karla Jones, Errol Pickens, Nekitris Estelle, Gary Malone, Kevin White, Carla Graham, Larry Baker, Antoine Price, Derrick Dent, and Jeremy Guthery*

CAPELL & HOWARD, P.C.
150 S. Perry Street (36104)
P.O. Box 2069
Montgomery, AL  36102-2069
Phone: (334) 241-8000
Fax: (334) 323-8888
Email:allen.sheehan@chlaw.com
        rick.hill@chlaw.com
        jimmy.walter@chlaw.com
        caitlin.cobb@chlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of October, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record (and by U.S. Mail to non-CM/ECF participants) as indicated below:

Alyse Nicole Windsor
Gaile Pugh Gratton Greene
James Sturgeon Christie, Jr.
DENTONS SIROTE PC
2311 Highland Avenue South
PO Box 55727
Birmingham, AL  35255-5727
Alyse.Windor@dentons.com
Gaile.grattongreene@dentons.com
chris.christie@dentons.com

Julia C. Barrett
KING & SPAULDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX  78701
jbarrett@kslaw.com

Brandon R. Keel
Charles Spalding, Jr.
KING & SPALDING LLP
1180 Peachtree Street, N.E.
Atlanta, GA  30309
bkeel@kslaw.com
cspalding@kslaw.com

William R. Lunsford
Matthew B. Reeves
Daniel James Chism
BUTLER SNOW
200 West Side Square, Ste. 100
Huntsville, AL  35801
Bill.Lunsford@butlersnow.com
Daniel.chism@butlersnow.com
Matt.Reeves@butlersnow.com

/s/ W. Allen Sheehan
Of Counsel

3