# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN MCCARLEY,<br><br>    Plaintiff,<br><br>v.<br><br>JEFFERSON DUNN, *et al.*,<br><br>    Defendants. | Case No. 4:21-cv-000570-CLM |

## STIPULATION OF DISMISSAL

The parties stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims and parties, with each party bearing that party's own attorney's fees and costs.

DATED: April 11, 2025                    Respectfully submitted,

*/s/ Brandon R. Keel*                    */s/ Daniel J. Chism*
Brandon R. Keel (*pro hac vice*)         William R. Lunsford
Charles Spalding, Jr. (*pro hac vice*)   Matthew B. Reeves
**KING & SPALDING LLP**                  Daniel J. Chism
1180 Peachtree Street, N.E., Suite 1600  **BUTLER SNOW LLP**
Atlanta, GA 30309                        200 West Side Square, Suite 100
Telephone: (404) 572-4600                Huntsville, Alabama 35801
Facsimile: (404) 572-5100                Telephone: (256) 936-5650
bkeel@kslaw.com                          Facsimile: (256) 936-5651
cspalding@kslaw.com                      bill.lunsford@butlersnow.com
                                         matt.reeves@butlersnow.com
                                         daniel.chism@butlersnow.com

*Counsel for Defendants Jefferson Dunn, Steve Watson, Arnaldo Mercado, and Edward Ellington*

Julia C. Barrett (*pro hac vice*)
**KING & SPALDING LLP**
500 W 2nd Street
Suite 1800
Austin, TX 78701
Telephone: (512) 457-2053
jbarrett@kslaw.com

J.S. "Chris" Christie, Jr.
Alyse N. Windsor
Gaile P. Gratton Greene
**DENTONS SIROTE, P.C.**
2311 Highland Avenue South
Birmingham, AL 35205
Telephone: (205) 930-5427
Facsimile: (205) 930-5101
alyse.windsor@dentons.com
gaile.gratton@dentons.com
chris.christie@dentons.com

*Counsel for Plaintiff John McCarley*

/s/ Caitlin E. Cobb
Robert F. Northcutt
C. Richard Hill, Jr.
James N. Walter, Jr.
W. Jackson Britton
William A. Sheehan
Caitlin E. Cobb
**CAPELL & HOWARD, P.C.**
150 S. Perry Street
P.O. Box 2069
Montgomery, AL 36102
Telephone: (334) 241-8000
bob.northcutt@chlaw.com
rick.hill@chlaw.com
jimmy.walter@chlaw.com
jackson.britton@chlaw.com
allen.sheehan@chlaw.com
caitlin.cobb@chlaw.com

*Counsel for Defendants Karla Jones, Errol Pickens, Antoine Price, Nekitris Estelle, Gary Malone, Kevin White, Carla Graham, Larry R. Baker, Derrick Dent, and Jeremy Guthery*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 11, 2025, a true and correct copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the Court's electronic filing system.

                                              */s/ J.S. "Chris" Christie, Jr.*
                                              J.S. "Chris" Christie, Jr.